IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WAYNE NORMAN | ) | |
| | ) | CIVIL ACTION NUMBER |
| VS. | ) | |
| | ) | B-92-180 |
| COUNTY OF CAMERON | ) | |
| COUNTY PARKS DEPARTMENT | ) | |
| SALVADOR TINAJERO, JR., | ) | |
| AND MIGUEL BARBERENA | ) | |

ORDER OF DISMISSAL

By Minute Entry of May 24, 1994 the Court instructed Plaintiff in the above-referenced cause to file an Amended Complaint within 10 days of said Minute Entry or suffer dismissal for want of prosecuction. To date Plaintiff has failed to file an Amended Complaint. It is, therefore,

ORDERED, ADJUDGED and DECREED that the above-entitled and numbered case is hereby DISMISSED without prejudice for want of prosecution.

The Clerk shall send a copy of this Order of Dismissal to counsel for the parties.

DONE on this 26th day of July, 1994, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE